IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION- CINCINNATI

| | | |
|---|---|---|
| BRUCE KAYLOR, | : | Case No. 1:19-cv-00999 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| MULTI-COLOR CORPORATION, | : | |
| Defendant. | : | |

## DECLARATION OF TERRI HELSEL

Pursuant to Defendant's Motion for Summary Judgment in the above referenced matter, I, Terri Helsel, declare and state as follows:

1. I am employed by MultiColor Corporation ("MultiColor") as the Director of Human Resources. The following facts are based upon my personal knowledge and review of company records.

2. When Plaintiff was terminated, Multi-Color did not hire another press operator or move a non-press operator employee into a press operator positon. Multi-Color realigned the work amongst the remaining press operators after Plaintiff's termination. Therefore, the same amount of press work was completed with fewer press operators.

3. Joe Blanton (age 34) moved to Press 6, where Plaintiff had been working at the time of his termination. Other press operators assumed Mr. Blanton's duties in order to accommodate Blanton's reassignment to Press 6.

4. At the time of Mr. Kaylor's termination, Multi-Color employed several press operators who were older than Mr. Kaylor or were just a few years younger than him. Mr. Kaylor was 59 years old at the time of his termination. Other press operators at the time of his termination were 70, 69, 67, 62, 60, 58, 57, 56, 53, and 52. Additionally, there were 6 press operators between

EXHIBIT 1

the age of 40 to 50.  64% of press operators employed at the time of Mr. Kaylor's termination were over the age of 40.  40% of the press operators were over the age of 50.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1st, 2022.

_____
Terri Helsel

12001435.1