IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE KAYLOR, | : | Case No. 1:19-cv-00999-MWM |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE MATTHEW W. MCFARLAND |
| v. | : | |
| | : | |
| MULTI-COLOR CORPORATION, | : | **Stipulation of the Parties Relating** |
| | : | **to Dismissal of Plaintiff's Age** |
| Defendant. | : | **Discrimination Claim, Defendant's** |
| | : | **Submission of the Declaration of** |
| | : | **Terri Hensel, and Certain Motions** |
| | : | **Pending Before the Court** |
| | : | |
| | : | |

Plaintiff Bruce Kaylor and Defendant Multi-Color Corporation, through their undersigned counsel, hereby stipulate and agree as follows:

(1) Plaintiff's age discrimination claims set forth in his Amended Complaint are dismissed without prejudice pursuant to Federal Civil Rule 41(a)(1)(A)(ii). Plaintiff's disability discrimination claim remains pending.

(2) Defendant agrees to withdraw the Declaration of Terri Hensel (Doc. 41-1) submitted with its Motion for Summary Judgment, and the parties agree the Declaration of Terri Hensel should be stricken.  The Declaration of Terri Hensel related primarily to Plaintiff's age discrimination claims, which have now been dismissed by the preceding paragraph of this Stipulation.

(3) Plaintiff's Request to Voluntarily Dismiss Age Discrimination Claims Without Prejudice (Doc. 51) is moot as a result of this Stipulation.

(4) Plaintiff's Motion to Strike Declaration of Terri Hensel Attached to Defendant's Motion for Summary Judgment (Doc. 50) is moot as a result of this Stipulation.

Respectfully submitted,

| | |
|---|---|
| ___/s/Nicole M. Lundrigan_____ | /s/Gregory J. Robinson_____ |
| W. Kelly Lundrigan (0059211) | Kasey L. Bond (0078508) |
| Nicole M. Lundrigan (0075146) | Gregory J. Robinson (0091290) |
| LUNDRIGAN LAW GROUP CO, LPA | KEATING MUETHING & KLEKAMP |
| 1080 Nimitzview Drive, Suite 402 | One East Fourth Street, Suite 1400 |
| Cincinnati, Ohio 45230 | Cincinnati, OH 45202 |
| Phone (513) 813-7610 | Phone: 513.579.6400 |
| klundrigan@lundrigan-law.com | Fax: 513.579.6457 |
| nlundrigan@lundrigan-law.com | kbond@kmklaw.com |
| *Attorneys for Plaintiff* | grobinson@kmklaw.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of October, 2022, I have electronically filed the foregoing via the Clerk of Court's ECF system, and all parties were served electronically via the Court's ECF system:

___/s/Nicole M. Lundrigan_____
Nicole M. Lundrigan (0075146)