*Granted*
*Susan J. Dlott*
*Oct 9/2024*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRUCE KAYLOR, | : | Case No. 1:19-cv-00999-MWM |
| Plaintiff, | : | |
| v. | : | JUDGE SUSAN J. DLOTT |
| MULTI-COLOR CORPORATION, | : | **Joint Motion to Re-Open Case for Sixty Days** |
| Defendant. | : | |

    Plaintiff Bruce Kaylor and Defendant Multi-Color Corporation, through their undersigned counsel, hereby jointly move to re-open the above case for sixty (60) days while the settlement between the parties is finalized and consummated. A memorandum in support of this Motion follows.

Respectfully submitted,

| | |
|---|---|
|   /s/Nicole M. Lundrigan   | /s/Kasey L. Bond   |
| W. Kelly Lundrigan (0059211) | Kasey L. Bond (0078508) |
| Nicole M. Lundrigan (0075146) | Gregory J. Robinson (0091290) |
| LUNDRIGAN LAW GROUP CO, LPA | KEATING MUETHING & KLEKAMP |
| 1080 Nimitzview Drive, Suite 402 | One East Fourth Street, Suite 1400 |
| Cincinnati, Ohio 45230 | Cincinnati, OH 45202 |
| Phone (513) 813-7610 | Phone: 513.579.6400 |
| klundrigan@lundrigan-law.com | Fax: 513.579.6457 |
| nlundrigan@lundrigan-law.com | kbond@kmklaw.com |
| *Attorneys for Plaintiff* | grobinson@kmklaw.com |
| | *Attorneys for Defendant* |